UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA

CIVIL RIGHTS COMPLAINT FORM FOR
PRO SE (NON-PRISONER) LITIGANTS IN ACTIONS UNDER
28 U.S.C. § 1331 or § 1346 or 42 U.S.C. § 1983

JERRY L HOFFMAN JR,

_____,

_____,
*(Write the full name of each Plaintiff filing this complaint. If there is insufficient space to list the names of all Plaintiffs, please write "see attached" in the space above and attach an additional page with a full list of names.)*

Case No.: 1:21cv57 AW/GRJ
*(To be filled in by the Clerk's Office)*

v.

City of Williston Police Department,
Sargent Bryan Landis,
*(Write the full name of each Defendant who is being sued in this complaint. If there is insufficient space to list the names of all Defendants, please write "see attached" in the space above and attach an additional page with a full list of names.)*

**Jury Trial Requested?**
☑ YES ☐ NO

NDFL Pro Se 15 (Rev. 12/16) Civil Rights Complaint Non-Prisoner
ClerkAdmin/Official/Forms

FILED USDC FLND GU
APR 1 '21 PM 1:54

## I. PARTIES TO THIS COMPLAINT

A. Plaintiff(s)

1. Plaintiff's Name: JERRY L. HOFFMAN JR.

    Address: 18470 SE 18th LANE

    City, State, and Zip Code: WILLISTON FLA 32696

    Telephone: NA (Home) 352-339-4682 (Cell)

2. Plaintiff's Name: NA

    Address: _____

    City, State, and Zip Code: _____

    Telephone: _____ (Home) _____ (Cell)

    *(Provide this information for any additional Plaintiffs in this case by attaching additional pages, as needed.)*

B. Defendant(s)

State the name of the Defendant, whether an individual, government agency, organization, or corporation. For individual Defendants, identify the person's official position or job title, and mailing address. Indicate the capacity in which the Defendant is being sued. Do this for *every* Defendant:

1. Defendant's Name: <u>Sargent Bryan Landis / Williston Police Dept</u>

   Official Position: <u>Sargent at Williston Police Department</u>

   Employed at: <u>City of Williston Police Department</u>

   Mailing Address: _____

   _____

   ☐ Sued in Individual Capacity   ☒ Sued in Official Capacity

2. Defendant's Name: _____

   Official Position: _____

   Employed at: _____

   Mailing Address: _____

   _____

   ☐ Sued in Individual Capacity   ☐ Sued in Official Capacity

   *(Provide this information for all additional Defendants in this case by attaching additional pages, as needed.)*

## II. BASIS FOR JURISDICTION

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution" and federal law. Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics,* 403 U.S. 388 (1971), you may sue federal officials for the violation of certain Constitutional rights.

Are you bringing suit against (*check all that apply*):

☐ Federal Officials (*Bivens case*)    ☑ State/Local Officials (*§ 1983 case*)

## III. STATEMENT OF FACTS

Provide a short and plain statement of the *facts* which show why you are entitled to relief. Describe how *each* Defendant was involved and what each person did, or did not do, in support of your claim. Identify when and where the events took place, and state how each Defendant caused you harm or violated federal law. Write each statement in short numbered paragraphs, limited as far as practicable to a single event or incident. ***Do not make legal argument, quote cases, cite to statutes, or reference a memorandum***. You may make copies of the following page if necessary to supply all of the facts. Barring extraordinary circumstances, no more than five (5) additional pages should be attached. ***Facts not related to this same incident or issue must be addressed in a separate civil rights complaint.***

I WAS IN THE CITY of Williston Florida AT 8:59 AM ON 3 July 2020 AT The CORNER of SW 1ST ST and SW 6th ST WALKING When I WAS STOPPED, INTIMIDATED, ASSAULTED AND BRUTILIZED, Had MY PROPERTY DAMAGED, CIVIL Rights VIOLATED AND MY AMERICANS with disabilities ACT VIOLATED By A CITY of WILLISTON Police SARGENT BRYAN Landis while he was ON DUTY for The City of Williston POLICE DEPARTMENT

**Factual Allegations, Continued** *(Page 1 of 2)*

On my way to a meeting at 7am I noticed a car at the abandoned hospital in Williston. As I was leaving I noticed the same car parked in the same place. I felt I should investigate since the hospital was abandoned and thieft might be occuring. As I got closer I found the car to be a City of Williston Patrol Car just sitting in the same place since 7am so I took a video. After I left the officer drove near me so I started video again. It was Sargent Bryan Landis. When Sargent Landis was driving towards me he said something I didn't hear well about property. I didn't respond. Sargent Landis then drove his patrol car at me, making me think he would hit me. He stopped very close, got out and demanded I put my hands on the hood of his car. I told him I had done nothing illegal as he was comming at me. He was very angry, stepping forward, and grabbing at my phone. He brutally struck my head, grabbed me with one hand and held me. He then grabbed my phone preventing me from taking video, but I held on to it. All the while telling him his actions were illegal, and telling him to stop grabbing me. He then shoved me towards his patrol car asking for identification. I again informed Sargent Landis I was not tresspassing and had he talked with the land owner. I was on the right of way easement anyway. I then told Sargent Landis he was on live video on the internet. At that point he broke off his

**Factual Allegations, Continued** *(Page 2 of 2)*

BRUTAL ATTACK AND FORCED ME TO LEAVE. AS I WAS LEAVING SARGENT LANDIS GAVE ME A FINAL KICK TO MY LEFT OUTSIDE FOOT TRYING TO TRIP ME. The whole ENCOUNTER WAS OBVIOUSLY IN RETALIATION FOR THE video he saw me taking of him hiding at the Abandoned hospital JUST A FEW SECONDS EARLIER BECAUSE he RELEASED ME After hearing he was Live on the NET. This BRUTAL ATTACK STILL TO This day, MAKES ME FEAR LAW ENFORCEMENT. I VERY WORRIED That LANDIS WILL COME AFTER ME Again BECAUSE he WAS FIRED OVER This INCIDENT AS I had called Levy County Sheriffs office AFTER The ATTACK AND SEEING My phone WAS VERY DAMAGED, AND KNOWING I WAS NOT AT FAULT.

— NOTHING FOLLOWS —

## IV. STATEMENT OF CLAIMS

State what rights under the Constitution, laws, or treaties of the United States have been violated. Be specific. If more than one claim is asserted, number each separate claim and relate it to the facts alleged in Section III. If more than one Defendant is named, indicate which claim is presented against which Defendant.

1) First Amendment - Unlawfully Preventing Recording a Police Officer
2) First Amendment - Retaliation for Protected conduct
3) Fourth Amendment - Unlawful seizure of Phone : Unlawful Detainment
Municipal Liability Unlawful Policy : Failure to Train and Supervise
Unlawful violation of the Americans with disabilities Act

## V. RELIEF REQUESTED

State briefly what relief you seek from the Court. Do not make legal arguments or cite to cases/ statutes. If requesting money damages *(either actual or punitive damages)*, include the amount sought, explaining the basis for the claims.

The Relief I am seeking from the Courts is ; Actual Damages To person in the Amount of $3183.56 for Hospital Bills, And $300.00 in Property Damage   Punitive damages $250,000.00 for Pain & Suffering And Continuing debilitating Mental Anguish

## VI. CERTIFICATION

As required by Federal Rule of Civil Procedure 11, I certify by signing below that to the best of my knowledge, information, and belief, this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a non-frivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

I agree to timely notify the Clerk's Office if there is any change to my mailing address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date: 22 MARCH 2021    Plaintiff's Signature: J L Hoffman

Printed Name of Plaintiff: JERRY L. HOFFMAN JR.

Address: 18470 SE 18th LANE
WILLISTON FLORIDA 32696-0160

E-Mail Address: KLRWAT@YAHOO.COM

Telephone Number: 352-339-4682 (CALLS ARE SCREENED & RECORDED)

*(Additional signature page(s) must be attached if there is more than one Plaintiff.)*

