UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

JERRY L. HOFFMAN, JR.,

      CASE NO.: 1:21-cv-57-AW-GRJ

    Plaintiff,

v.

CITY OF WILLISTON and
BRYAN LANDIS, Former City of
Williston Police Officer, in his
individual capacity,

    Defendants.
_____

## **NOTICE OF SETTLEMENT**

Plaintiff JERRY L. HOFFMAN, JR. and Defendants CITY OF WILLISTON and BRYAN LANDIS pursuant N.D. Fla. Loc. R. 16.2, hereby give notice that they have reached a settlement as to all claims asserted by Plaintiff and will soon be requesting the Court dismiss this action with prejudice following the submission of a Joint Stipulation for Dismissal with Prejudice.

| | |
|---|---|
| *s/ Donald E. Pinaud, Jr.* | *s/ Susan S. Erdelyi* |
| Donald E. Pinaud, Jr. | Susan S. Erdelyi |
| Florida Bar No. 111694 | Florida Bar No. 0648965 |
| ALL FLORIDA JUSTICE LLC | MARKS GRAY, P.A. |
| 4495-304 Roosevelt Blvd. #202 | 1200 Riverplace Blvd., #800 |
| Jacksonville, FL 32210 | Jacksonville, Florida 32207 |

Telephone: (904) 552-5500
don@allfloridajustice.com
**Attorneys for Plaintiff**

Telephone: (904)398-0900
serdelyi@marksgray.com
**Attorneys for Defendant
City of Williston**

*s/ Matthew J. Carson*
Matthew J. Carson
Florida Bar No. 0827711
SNIFFEN & SPELLMAN, P.A.
123 North Monroe Street
Tallahassee, Florida 32301
Telephone: (850) 205-1996
mcarson@sniffenlaw.com
**Attorneys for Defendant
Bryan Landis**

## CERTIFICATE OF SERVICE

I CERTIFY that on this 19th day of August, 2021, a true and correct copy of the foregoing document was electronically filed in the U.S. District Court, Northern District of Florida, using the CM/ECF system which will send a notice of electronic filing to:

>Donald E. Pinuad, Jr.
>4495-304 Roosevelt Blvd., #202
>Jacksonville, Florida 32210
>don@allfloridajustice.com
>*Attorneys for Plaintiff*

>Matthew J. Carson
>Michael P. Spellman
>123 North Monroe Street
>Tallahassee, Florida 32301
>mcarson@sniffenlaw.com
>mspellman@sniffenlaw.com

2

*Attorneys for Defendant Bryan Landis*

                                           <u>/s/    Susan S. Erdelyi</u>
                                           Attorney