UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

JERRY L. HOFFMAN, JR.,

    Plaintiff,

v.

CASE NO.: 1:21-cv-57-AW-GRJ

CITY OF WILLISTON and
BRYAN LANDIS, Former City of
Williston Police Officer, in his
individual capacity,

    Defendants.
_____

## JOINT STIPULATION FOR DISMISSAL

Pursuant to Rule 41(a)(1), Plaintiff JERRY L. HOFFMAN, JR. and Defendants CITY OF WILLISTON and BRYAN LANDIS stipulate for this Court to enter an order dismissing the case with prejudice. Each party will bear their own attorney's fees and costs.

Dated this 25th day of August, 2021.

| | |
|---|---|
| s/ Donald E. Pinaud, Jr. | s/ Susan S. Erdelyi |
| Donald E. Pinaud, Jr. | Susan S. Erdelyi |
| Florida Bar No. 111694 | Florida Bar No. 0648965 |
| ALL FLORIDA JUSTICE LLC | MARKS GRAY, P.A. |
| 4495-304 Roosevelt Blvd. #202 | 1200 Riverplace Blvd., #800 |
| Jacksonville, FL 32210 | Jacksonville, Florida 32207 |
| Telephone: (904) 552-5500 | Telephone: (904)398-0900 |
| don@allfloridajustice.com | serdelyi@marksgray.com |

| **Attorneys for Plaintiff** | **Attorneys for Defendant City of Williston** |

*s/ Matthew J. Carson*
Matthew J. Carson
Florida Bar No. 0827711
SNIFFEN & SPELLMAN, P.A.
123 North Monroe Street
Tallahassee, Florida 32301
Telephone: (850) 205-1996
mcarson@sniffenlaw.com
**Attorneys for Defendant Bryan Landis**